UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61684-CIV-MORENO

TWINSTAR PARTNERS, LLC,,

    Plaintiff,

vs.

DIAMOND AIRCRAFT INDUSTRIES, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record. On June 28, 2013, the Court entered an Order Granting in part Defendant's Motion to Dismiss. In that order, the Court allowed Plaintiff to file an amended complaint consistent with the ruling by no later than July 15, 2013. To date, Plaintiff has not filed any amended complaint that is consistent with the Court's ruling.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of July, 2013.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record